# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00220-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.  FRANCISCO VALENCIA-ARIAS,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY DAVID M. EBEL

    The Court is in receipt of the Defendant Francisco Valencia-Arias' motion to sever his trial from that of Defendant Miguel Velasquez. If any party wishes to file a response to the motion, said response is due by 5:00 p.m. on February 22, 2011.

    DATED: February 18, 2011