## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00220-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.  FRANCISCO VALENCIA-ARIAS,

    Defendant.

## ORDER

THIS MATTER comes before the Court on the Motion for Defendant to Receive Medical Care (Doc. No. 484) filed by Defendant Francisco Valencia-Arias.  The Court ORDERS the U.S. Attorney's Office and the U.S. Probation Department to file a brief response to this motion by noon on Thursday, April 7, 2011.

DONE AND SIGNED this __5th__ day of April, 2011.

BY THE COURT:

*s/ David M. Ebel*

U.S. Circuit Court Judge
District of Colorado