**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 10-cr-00220-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.  FRANCISCO VALENCIA-ARIAS,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY DAVID M. EBEL

    The Change of Plea Hearing scheduled for June 28, 2011, at 3:00 p.m. has been <u>rescheduled</u> to **June 28, 2011, at 2:00 p.m.**

    DATED:  June 27, 2011