**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 10-cr-00220-DME

UNITED STATES OF AMERICA,

      Plaintiff,

v.

5.  FRANCISCO VALENCIA-ARIAS,

      Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY DAVID M. EBEL

    A Final Trial Preparation Conference is scheduled for <u>October 19, 2011 at 10:00 a.m.</u>

    DATED:   July 25, 2011