**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 10-cr-00220-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.  FRANCISCO VALENCIA-ARIAS,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY DAVID M. EBEL

    The Sentencing Hearing for Defendant Francisco Valencia-Arias is scheduled for February 6, 2012, at 11:00 a.m..

    DATED:  September 29, 2011