**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DAVID M. EBEL**

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Robert R. Keech | Date: | April 24, 2012 |
| Court Reporter: | Therese Lindblom | Interpreter: | Cathy Bahr |
| Probation Officer: | Susan Heckman | | |

Criminal Action No. **10-cr-00220-DME**

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | M. J. Menendez |
| Plaintiff, | |
| v. | |
| 5.  FRANCISCO VALENCIA-ARIAS, a/k/a Kiki, | Scott T. Poland |
| Defendant. | |

## SENTENCING MINUTES

**3:03 p.m.     Court in Session.**

Court calls case.  Appearances of counsel.  Defendant present in custody.

Interpreter sworn (Spanish).

**Change of Plea Hearing:  September 29, 2011, at 10:00 a.m.**

**Defendant plead guilty to Counts One, Twenty-Six, and Twenty-Seven of the Indictment.**

Defendant sworn.

Parties state that they have received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**ORDERED:**  Government's Motion for Defendant to Receive the Third Level for Acceptance of Responsibility under U.S.S.G. §3E1.1(b)(ECF Doc. No. 751), filed March 21, 2012, is **GRANTED.**

**ORDERED:**  Government's Motion for Downward Departure Pursuant to 5K1.1 and 18 U.S.C. § 3553(e) (ECF Doc. No. 750), filed March 21, 2012, is **GRANTED.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Counts One and Twenty-six to a term of imprisonment of 90 months.
Defendant is sentenced as to Count Twenty-seven to a term of imprisonment of **48 months**, to run concurrent to the sentences imposed on Counts One and Twenty-six.

*Court RECOMMENDS the Bureau of Prisons credit defendant with time spent in custody.*

**SUPERVISED RELEASE:**  Upon release from imprisonment, defendant shall be placed on supervised release for a period of **5 years** on Counts One and Twenty-six and **1 year** on Count Twenty-seven, all to run concurrently.

**Conditions of supervised release:**

- (X)  While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.  If this sentence imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet set forth in the judgment.

- (X)  The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter.

- (X)  Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**Special conditions of supervised release (or) probation:**

    (X)    The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of **$300.00**, due immediately.

Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

***Court RECOMMENDS that the Bureau of Prisons consider an assignment for the defendant to a facility with the Residential Drug Abuse Program (R.D.A.P.).***

**ORDERED:**  Defendant is **REMANDED** to the custody of the United States Marshal for the District of Colorado.

**3:51 p.m.**    **Court in Recess.  Hearing concluded.**

**Total in-court time:   :48**