IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    10-cr-00220-DME-5

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.    FRANCISCO VALENCIA-ARIAS,

    Defendant.

_____

**ORDER REDUCING SENTENCE PURSUANT TO 18 U.S.C. § 3582**
_____

This matter is before the court on the defendant's "Unopposed Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582." Having considered the motion and the agreement of the parties represented therein, the Court finds: 1) the sentence previously imposed has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u);  2) the defendant is eligible for relief under 18 U.S.C. § 3582(c)(2) and U.S.S.G. §1B1.10;  3) the amended guideline range as reflected in the unopposed motion is correctly calculated.

The Court's determination of the Guideline Range prior to any departures is as follows:

|  |  |
|---|---|
| Previous Offense Level: | 33 |
| Criminal History Category: | I |
| Previous Guideline Range: | 135-168 months |
|  |  |
| Amended Offense Level: | 31 |
| Criminal History Category: | I |
| Amended Guideline Range: | 108-135 months |

It is further ordered that the motion is GRANTED. Taking into account the factors set forth in 18 U.S.C. § 3553(a) and any comparable reductions, to the extent applicable, the previously imposed sentence of 90months imprisonment on Counts 1 and 26 is reduced to **72 months** and the 48-month concurrent sentence on Count 27 remains in effect, EFFECTIVE NOVEMBER 1, 2015.

All other provisions of the Judgment entered on April 24, 2012, shall remain in effect.

**IT SO ORDERED.**

Done and signed this 3rd day of April, 2015.

BY THE COURT:

*S/ David M. Ebel*

UNITED STATES CIRCUIT JUDGE
DISTRICT OF COLORADO